| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) GIBBONS, JULIA S | 2. Court or Organization US SIXTH CIRCUIT CT OF APPEALS | 3. Date of Report 6/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1157 FEDERAL BUILDING 167 NORTH MAIN STREET MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 14 A 11:14 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 6/10/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | STATE OF TN - SALARY AS DISTRICT ATTORNEY GENERAL |
| 2. | 2004 | SHELBY COUNTY - COUNTY SUPPLEMENT TO SALARY AS DISTRICT ATTORNEY GENERAL |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FIRST AMENDMENT CENTER | FEB 27-28 JUDGE MOOT COURT COMPETITION, NASHVILLE, TN (TRANSPORTATION, LODGING, MEALS) |
| 2. | TENNESSEE BAR ASSOCIATION | MAR 4 SPEAKER, LEADERSHIP LAW, NASHVILLE, TN (TRANSPORTATION) |
| 3. | FIRST AMENDMENT CENTER | MAR 24-26 JUSTICE AND JOURNALISM PROGRAM, BOSTON, MA (TRANSPORTATION, LODGING, MEALS) |
| 4. | AMERICAN JUDICATIVE SOCIETY | APR 5-7 DEVITT AWARD SELECTION COMMITTEE, WASHINGTON, DC (TRANSPORTATION, LODGING, MEALS) |
| 5. | UNIVERSITY OF VIRGINIA SCHOOL OF LAW | APR 9-11 JUDGE MOOT COURT COMPETITION, CHARLOTTESVILLE, VA (TRANSPORTATION, LODGING, MEALS) |
| 6. | MEMPHIS BAR ASSOCIATION | APR 15-18 SPEAKER, BENCH BAR CONFERENCE, DESTIN, FL (TRANSPORTATION, LODGING) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 7. PRACTICING LAW INSTITUTE | JUL 29-30 SPEAKER, CLASS ACTION SEMINAR, NEW YORK, NY (TRANSPORTATION, LODGING, MEALS) |
| 8. TENNESSEE BAR ASSOCIATION | SEP 30-OCT 1 STATE & FEDERAL CONFERENCE, NASHVILLE, TN (TRANSPORTATION, LODGING, MEALS) |
| 9. AMERICAN JUDICATIVE SOCIETY | OCT 21-23 DEVITT AWARD PRESENTATION, NEW YORK, NY (TRANSPORTATION, LODGING, MEALS) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SALLIE MAE SERVICING CORP. | PLUS EDUCATIONAL LOANS | K |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA - EQUITABLE LIFE ANNUITY - EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 2. IRA-EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 3. PUTNAM VOYAGER FUND | | None | | | SOLD | 7/21 | K | B | SEE NOTE VIII |
| 4. SERIES EE SAVINGS BONDS | | | | | | | | | SEE NOTE VIII |
| 5. NATIONAL BANK OF COMMERCE-MEMPHIS, TN | A | Interest | J | T | | | | | |
| 6. EVANS & PETREE 401(K) PLAN (SELF-DIRECTED PLAN) | | | | | | | | | |
| 7. 1) INVESTMENT CO. OF AM. DBA THE AMERICAN FUNDS GROUP | C | Dividend | M | T | | | | | |
| 8. 2) MORGAN KEEGAN MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 9. 3) EVANS, PETREE 401(K)-SCHWAB INSTITUTIONAL BROKERAGE TRUST | A | Dividend | K | T | | | | | |
| 10. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 11. STATE OF TENNESSEE 401(K) UNION PLANTERS BANK ACCOUNT | A | Interest | J | T | | | | | |
| 12. OARKMARK SELECT FUND | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 13. WHITE OAK GROWTH STOCK FUND | | None | | | SOLD | 5/13 | J | | SEE NOTE VIII |
| 14. LOOMIS SAYLES BOND FUND | A | Dividend | | | SOLD | 5/10 | J | A | SEE NOTE VIII |
| 15. | | | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 16. SCHWAB MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 17. AXA | A | Dividend | | | SOLD | 5/6 | J | A | SEE NOTE VIII |
| 18. CALAMOS GROWTH FUND CL A | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 6/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MUHLENKAMP FUND | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 20. NEEDHAM GROWTH FUND | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 21. CALVERT TAX FREE | A | Dividend | | | SOLD | 5/10 | J | | SEE NOTE VIII |
| 22. MARISCO FOCUS FUND | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 23. JANUS MID CAP VALUE | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 24. RYDEX JUNO FUND | | None | | | SOLD | 5/27 | J | | SEE NOTE VIII |
| 25. UNDISCOVERED MANAGERS BEHAV GRW | | None | | | SOLD | 5/14 | J | A | SEE NOTE VIII |
| 26. MATTHEWS PACIFIC TIGER FUND | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 27. BUFFALO HIGH YIELD FUND | A | Dividend | | | SOLD | 5/10 | J | A | SEE NOTE VIII |
| 28. | | | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 29. COOKE & BIELER MID-CAP VALUE | A | Dividend | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 30. EATON VANCE FLOATING | A | Dividend | | | BUY | 1/16 | J | | |
| 31. | | | | | SOLD | 5/27 | J | A | SEE NOTE VIII |
| 32. | | | | | BUY | 5/10 | J | | |
| 33. | | | | | SOLD | 8/9 | J | A | SEE NOTE VIII |
| 34. NUVEEN NWQ MULTI-CAP VALUE | | None | | | SOLD | 5/27 | J | A | SEE NOTE VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII, LINE 4
SAVINGS BONDS BELONG TO CHILD WHO IS NO LONGER A DEPENDENT.

PART VII, LINES 3, 12-15, 17-29, 31, 33-34
SALES PROCEEDS USED TO PREPAY FOUR YEAR COLLEGE TUITION.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _June 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544